# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEANDRE GREEN,

    Plaintiff(s),

v.

NANCY A. BERRYHILL,

    Defendant(s).

Case No.: 2:17-cv-01339-APG-NJK

**Order**

[Docket No. 27]

Pending before the Court is the Commissioner's motion to appear telephonically, Docket No. 27, which is GRANTED. Mr. Marriott shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: July 24, 2018

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge