# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANDRE GREEN,<br><br>Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant | Case No.: 2:17-cv-01339-APG-NJK<br><br>**Order Accepting Report and Recommendation and Remanding for Further Proceedings**<br><br>[ECF Nos. 16, 19, 38] |

On August 20, 2018, Magistrate Judge Koppe recommended that the plaintiff's motion for reversal or remand be granted, that the defendant's motion to affirm be denied, and that I remand this case to the administrative law judge for further proceedings. ECF No. 38. The defendant did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Koppe's report and recommendation **(ECF No. 38) is accepted**, the plaintiff's motion to remand **(ECF No. 16) is GRANTED**, and the defendant's motion to affirm **(ECF No. 19) is DENIED**. This action is REMANDED to the administrative law judge for further proceedings. The clerk of court is instructed to close this case.

DATED this 6th day of September, 2018.

                                                                             _____
                                                                             ANDREW P. GORDON
                                                                             UNITED STATES DISTRICT JUDGE